AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 28, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JUSTIN NUGENT | ) Case No: 4:19-cr-00117-05-BRW |
| | ) USM No: 32856-009 |
| Date of Original Judgment: 03/19/2022 | ) |
| Date of Previous Amended Judgment: | ) Erin Cassinelli |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR AMENDMENT 821 SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  52  months **is reduced to**  47 .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/19/2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/28/2024          /s/ Billy Roy Wilson
                                                     *Judge's signature*

Effective Date:                              U.S. District Judge Billy Roy Wilson
*(if different from order date)*              *Printed name and title*